| United States District Court | FILED | LODGED | DISTRICT of ARIZONA |
|---|---|---|---|
| United States of America<br>v.<br>**HOWARD WESLEY COTTERMAN**<br>DOB: xx/xx/1940; U.S. Citizen | RECEIVED<br>APR 1 2 2007<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**07-03350M** | |

Complaint for violation of Title 18 United States Code §§ 2252(a)(1) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 6, 2007, in Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly transport and ship in interstate and foreign commerce by any means, including computer or mails, any visual depiction, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct, in violation of Title 18, United States Code, Sections 2252 (a)(1) and (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Prior to April 6, 2007, agents from the Department of Homeland Security, Immigration and Customs Enforcement, received information from the Lukeville Port of Entry (POE) concerning HOWARD COTTERMAN, who is a registered sexual offender in California. The information indicated that COTTERMAN travels frequently and is possibly involved with Child Sex Tourism. On April 6, 2007, COTTERMAN arrived at Lukeville Port of Entry, entered United States and presented himself for inspection. At that time, had in his vehicle two (2) Dell Inspirion laptops, two (2) digital cameras, and one (1) video camera. The two Dell laptops were detained for computer forensic analysis. On April 8, 2007, over 450 images and one video file of child pornography were recovered from COTTERMAN's Dell Inspirion 8600 (SN 5VJ0T61) computer saved in various folders including, but not limited to, the following:

(See attachment for continuation of factual basis).

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Approved AUSA Judson T. Mihok | SIGNATURE OF COMPLAINANT<br>/s/ M. Riley<br>OFFICIAL TITLE<br>**Special Agent Mina Riley** |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ Glenda E. Edmonds | DATE<br>April 12, 2007 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

1) "P1010032.JPG" is a photograph of a prepubescent, Caucasian female lying on her back, naked from the waist down, with her legs spread apart and a flashlight is shining on her vaginal area. The female child is wearing a purple shirt, and has her eyes closed. The female child is lying on a bed with white sheets.

2) "T44.JPG" is a close-up photograph of the labia of a prepubescent female child being spread apart by two fingers of an adult, Caucasian male. The anus of the child is also visible.

3) "compositehi.jpg" is an image containing a compilation of ten photographs of the genital areas of a prepubescent, Caucasian female. Two of the photographs within this image are of the nude torso of the female child lying on her back. The other eight photographs within this image are close-ups of the genital area (labia) of the female child. In one of the photographs, the child is wearing a red and white shirt. In one of the photographs, the labia of the female child are being spread apart.

COTTERMAN was informed that he could return to the Immigration Customs Enforcement Office in Tucson, to pickup his computer equipment and other property. COTTERMAN's wife came instead and it was learned that rather than returning to his California residence, as COTTERMAN had previously indicated, he had taken an international flight from Tucson to Hermosillo, Mexico and then a series of other international flights from Mexico to Canada to Japan. COTTERMAN's current whereabouts are unknown, but it is believed he is in Australia.