UNITED STATES DISTRICT COURT

_____ District of Arizona _____

UNITED STATES OF AMERICA

V.

**HOWARD WESLEY COTTERMAN**  **WARRANT FOR ARREST**

CASE NUMBER: **07-03350M**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **HOWARD WESLEY COTTERMAN**
NAME

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  **X Complaint**  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

as a material witness for charges of (brief description of offense)

**Transportation of Child Pornography**

in violation of Titles __18__ United States Code, Section(s) __2252 (a)(1) and (b)(1)__

Hon. GLENDA E. EDMONDS
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

April 12, 2007 at Tucson, Arizona
Date and Location

_____
(By) Deputy Clerk

TO BE HELD WITHOUT BAIL PENDING A 3142(d) DETENTION HEARING
Bail fixed at $  **NO BOND PENDING DETENTION HEARING**   by   GLENDA E. EDMONDS
Name of Judicial Officer

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | |||