# AFFIDAVIT

State of Arizona      )
                      )  ss
County of Pinal       )

I, Howard Wesley Cotterman, being first duly sworn, depose and say:

1. On April 6, 2007, at approximately 9:50 am, I applied for entry into the United States at the Lukeville Port of Entry.

2. I was returning from a five month trip through Mexico with my wife, Maureen Cotterman.

3. We were carrying all of our belongings from the trip with us in our Ford Explorer SUV.

4. Among our belongings was my Dell Inspiron 8600 laptop computer that I purchased in February, 2005.

5. My laptop contained personal family files, confidential financial data, as well as business files.

6. Many files on my laptop were password protected.

7. I fully expected that all the files, folders and other contents of my computer would remain private.

8. Maureen and I were directed to secondary inspection at the Lukeville Port of Entry.

9. The contents of our SUV were removed and searched.

10. Over eight hours later, at approximately 6:15pm, we were ordered to pack up certain belongings and to leave others behind.

11. It was made clear to me that I could take some of my property with me, but

that some of my property was being seized.

12. Leaving certain belongings behind was a direct result of demands from Customs agents and was not voluntary.

13. I retrieved and packed every piece of property that I was permitted to take with me.

14. I did not intentionally leave behind or abandon any of my belongings at the Port of Entry.

Furthermore affiant sayeth not.

*/s/ Howard W. Cotterman*
Howard W. Cotterman

SUBSCRIBED AND SWORN to before me this 30th day of July 2008 by Howard W. Cotterman.

_____
Notary Public

My Commission Expires:

R. H. MILLAS
Notary Public - Arizona
PINAL COUNTY
My Comm. Exp. 08-07-10

# AFFIDAVIT

State of California )
                       ) ss
County of Nevada )

I, Maureen Cotterman, being first duly sworn, depose and say:

1. On April 6, 2007, at approximately 9:50 am, I applied for entry into the United States at the Lukeville Port of Entry.

2. I was returning from a five month trip through Mexico with my husband, Howard Wesley Cotterman.

3. We were carrying all of our belongings from the trip with us in our Ford Explorer SUV.

4. Among our belongings was my Dell Inspiron 8600 laptop computer that I purchased in February, 2005.

5. My laptop contained personal family files, confidential financial data, as well as business files.

6. I fully expected that all the files, folders and other contents of my computer would remain private.

7. Howard and I were directed to secondary inspection at the Lukeville Port of Entry.

8. The contents of our SUV were removed and searched.

9. Over eight hours later, at approximately 6:15pm, we were ordered to pack up certain belongings and to leave others behind.

10. It was made clear to me that I could take some of my property with me, but that some of my property was being seized.

11. Leaving certain belongings behind was a direct result of demands from Customs agents and was not voluntary.

12. I retrieved and packed every piece of property that I was permitted to take with me.

13. I did not intentionally leave behind or abandon any of my belongings at the Port of Entry.

Furthermore affiant sayeth not.

*Maureen Cotterman*

Maureen Cotterman

SUBSCRIBED AND SWORN to before me this 31 day of July 2008 by Maureen Cotterman.

Notary Public

My Commission Expires: 8/9/09

## CALIFORNIA JURAT

State of California
County of Nevada

Subscribed and sworn to (or affirmed) before me on this 31st day of July, 2008, by Maureen Cotterman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Seal                          Signature _____

  

Notary Jurat 2008.doc