# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

USA
PLAINTIFF

V.

HOWARD WESLEY COTTERMAN
DEFENDANT



WITNESS LIST

CASE NUMBER: CR07-01207-TUC-RCC(CRP)

| PRESIDING JUDGE<br>CHARLES R. PYLE | COURTROOM DEPUTY<br>SHERRY GAMMON | COURT REPORTER<br>ROSE CHAVEZ, ECRO |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>08/27/08 | PLAINTIFF ATTORNEY(S)<br>JUDSON MIHOK | DEFENDANT ATTORNEY(S)<br>ALFRED DONAU |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | 1 | 08/27/08 | 08/27/08 | Craig Brisbine | ✓ |
|  | 2 | 08/27/08 | 08/27/08 | John Owen | ✓ |
|  | 3 | 08/27/08 | 08/27/08 | Antonio Alvarado | ✓ |
|  | 4 | 08/27/08 |  | Maureen Cotterman | ✓ |