# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST -- CRIMINAL

__X__ Motion to Suppress  ____ Non-Jury Trial  ____ Jury Trial

FILED / RECEIVED / LODGED / COPY
AUG 27 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

USA v. HOWARD WESLEY COTTERMAN                 CR 07-01207-TUC-RCC (CRP)

__xx__ GOVERNMENT            ____ DEFENDANT

| EXHIBIT NO. | DATE MARKED FOR EVIDENCE | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1 | 08/27/08 | 08/27/08 | Affidavit-CBP Officer Elizabeth Garman (DiBene) |
| 2 | 08/27/08 | 08/27/08 | Affidavit-ICE SSA/CFA John Owen |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 9A | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |