# EXHIBIT 1

13-80A1

# Sick Call Request

## Part A: (to be completed by inmate/resident)

Inmate/Resident Name: Howard Cotterman

Inmate/Resident Number: 30367208   Date: Feb 23, 2009

Work Assignment: N/A

Work Hours: N/A   Housing Assignment: 900 R 207

Reason for requesting Health Services Appointment (BE SPECIFIC): Dr. Song has ordered blood draw/test for this week for PSA, cholesterol, etc. If at all possible, please include screens for tumors (alpha-feroprotein, beta-HCG, etc). Thanks!

How long have you had this problem? 4 months

Inmate/Resident Signature: OW Cotterman

Print Name: Howard Cotterman

↓ DO NOT WRITE BELOW THIS LINE ↓

## Part B: (to be completed by Health Services personnel)

Health Services Reply: At this time, no indications to do cancer screening. I may consider doing it later.

Health Services Signature: Song (M.D.)

Date: 02/24/09

rcv 03/07/09

White Copy: To Medical Records    Yellow Copy: To Inmate/Resident

Property of Corrections Corporation of America    OCT 2007

Exhibit 1

# EXHIBIT 2



**CORRECTIONS CORPORATION OF AMERICA**
CENTRAL ARIZONA DETENTION CENTER



To: Jen Rippey, USMS

From: Beth Verheyden RN, MSN, Clinical Supervisor

Cc:

Date: 7/7/2009

Re: I/M Cotterman, Howard #30367208     CR 07.1207

---

The following is in response to your request dated July 7, 2009. After reviewing this I/M's medical record, the following is indicated:

**Active Problems:**
- Benign Prostatic Hyperplasia (BPH)
- Essential HTN
- Testicular Pain, right

**Active Medications:**
- Atenolol 25mg; 1 tablet daily (started 04/30/2009)

**Allergies:**
- Unknown

**Review of Record:**
- **03/31/2008:** Initial Health Screening: VSS, History: Right inguinal hernia repair (10 years ago); left inguinal hernia repair (8 years ago); Left forearm fracture (childhood); Left shoulder fracture (15 years ago); angiogram (1989). Placed in Seg, PC.
- **04/04/2008:** Inmate Health Appraisal (MD): All systems WNL; Vision 20/20
- **04/08/2008:** Inmate Refused drawing of Labs ordered: Lipids, HIV, RPR, CMP, CBC
- **06/11/2008:** KYTE: "In 1999 I was diagnosed with an enlarged prostate and abnormal PSA. Since that was diagnosed I have been taking Zinc supplements. I now have

Vitamins form the commissary, but they do not contain Zinc. Please provide a daily supplement. (Placed on Provider Line for Appointment).
- **06/24/2008:** MD Visit: Vital Signs Stable. "67 y.o. male is here for visit on his BPH. He has had BPH for years and the PSA are always high. He used to be on Zinc. He denies hesitation of urination or urine flow problem. He c/o frequent urination at night. Physical Exam – Inmate Declined Prostate Exam. Assessment: BPH. Orders: Terazosin HCL 2 mg capsule; take 1 capsule at bedtime nightly. Zinc 30mg tablet; take one tablet daily.
- **08/18/2008:** KYTE: "Please advise why 30mg Zinc supplement has not been available, if a different dosage (50mg – which is what I took outside) is available from pharmacy. Please change request to that. HS Reply – MD – Zinc is not the necessary treatment and is not on formulary. Terazosin is ordered for this condition.
- **08/26/2008:** Progress Note Nursing: "Inmate refusing 30 tablets of Terazosin KOP saying that he wanted symptomatic relief of his BPH through Zinc tablets and doesn't want Terazosin because of its side effects". Zinc previously dc'd by MD as not available per pharmacy. Advised inmate to send medical request addressed to MD. Refusal form for Terazosin signed.
- **08/26/2008:** KYTE: "Zinc 30mg supplement requested to mitigate and slow enlarged prostate (and for general health), which I had been taking per doctor's orders on the outside. Please request pharmacy to order. "Response: You will see the PA. You have an order for Terazosin.
- **11/11/2008:** Refusal form signed for FLU vaccine by Inmate
- **11/15/2008:** Refusal form signed for Terazosin by Inmate
- **11/23/2008:** KYTE: "Continuing pains in lower and mid-groin area since running exercise on October 22, 2008. Have had previous hernia repair. Have been inactive since time of incident and pain has diminished somewhat. Hip pain seems unrelated." Reply: Placed on Nurse Sick Call.
- **11/27/2008:** Nurse Sick Call: Complaints: on/off pain on right groin area sometime radiating to right testicle, sometime sharp, sometimes dull ache. Objective Assessment: Alert and oriented; ambulatory without deficit; NAD, heart sounds RRR; Lung sounds CTA, positive Bowel sounds. No inguinal hernia palpated on both sides of groin, inmate however claims his right testicle is tender. Both testicles appear normal in size with right testicle larger than left. No masses felt. Plan: Refer to provider. Avoid strenuous exercise; inmate declined pain medication.
- **12/05/2008:** Progress Note MD: BP 140/88; "I/M complaining of right inguinal pain and asks for a double mattress, because of the going pain makes him sleepless. He states that he had testicle pain recently, but now gone away". No nodule or swelling in testicle. No hernia noted. Plan: Allow double mattress. Continue Terazosin.
- **12/10/2008:** KYTE" "now feeling urgency, increasing pain in right testicle. A nodule has appeared on the epididymis, just above the right testicle. I had epididymitis several years ago and took an antibiotic for it. The symptoms are similar to what I am now experiencing. This is a follow up to my December 5th visit to Doctor. I have already seen the nurse. Reply: Placed on Nurse Sick Call line.
- **12/12/2008:** Nurse Sick Call: Complains of nodule on right testicular. Recalls having epididimytis 10 years ago and feels the same. Denies urethral discharge and burning. Evaluated by provider recently for nodule, no nodule palpated. Plan: Spoke with provider, task sent to place inmate on provider list.
- **12/19/2008:** Refusal form signed by inmate for Terazosin KOP Meds.
- **01/16/2009:** Provider Note: BP 140/88; inmate here for evaluation of testicular pain. The pain started about 1 month ago and comes and goes. He recalls having epidiymitis at the right side. Objective: Normal male genitalia. The testis normal size, smooth surface, no nodules or mass noted. There are no nodules in epididymus. Tender to palpation on the right testis. Assessment: Pain of right testis; ?Epididymitis; ? Hydrocele. Orders: Doxycycline Hyclate 100mg capsule; 1 capsule every 12 hours daily. Plan: Scrotal Support and Doxycycline.

- **02/13/2009:** KYTE: Please extend Doxycycline 30 days. Symptoms are reduced but not yet relieved completely.
- **02/19/2009:** MD Progress Note: BP 166/90; her for his epididymitis. He is on antibiotics and symptoms improved. He feels he still needs to take the meds. Today his BP is elevated. I reviewed his data and noticed that his BP elevation happened in several occasions. Orders: CBC, CMP, Lipid Panel, PSA, Total. Renew Doxycyline. Inmate refused Terazosin and medication to lower blood pressure.
- **02/23/2009:** KYTE: "Dr. Song has ordered blood draw/test for this week for PSA, cholesterol, etc. If at all possible please include screens for tumors (alpha-feroprotein, beta-HCG, etc). Response by MD: At this time, there are no indications to do cancer screening. I may consider doing it later.
- **03/10/2009:** Refusal signed for Dental Initial Exam by inmate.
- **03/11/2009:** Labs: Triglycerides and Total Cholesterol Elevated. CBC, CMP WNL, PSA 0.8 WNL.
- **03/20/2009:** Nursing Progress Note: Inmate came to RN for Random BP Check. States he is not on BP meds for now and does not want to take meds if can be avoided. He states he feels fine and has not symptoms to complain of. Objective: BP 160/90, flow sheet review indicates a previous BP reading of 166/90 in February and usually 140+/80+ in previous months. Plan: Informed MD. Instructed to schedule on MD line.
- **03/25/2009:** MD Progress Note: Inmate here for f/u on his BP. Several BP readings are above normal. IM was suggested to start BP meds before, but he refused and would like to have life style modification only. Today his BP is high. IM states this is because of the automatic BP machine makes him feel pain. His PSA 0.8 WNL, lipid panel revealed hyperlipidemia. Assessment: HTN – IM refused medication therapy. Hyperlipidemia – refused medication. Prostatitis well controlled. Plan: Monitor BP 1 month, f/u in one month
- **04/30/2009:** MD Progress Note: BP check: BP 160/80; "68y.o. male here for BP check. The recent check showed elevated BP. He explains this is a lack of exercise. I explained that the sustained high BP will damage the blood vessel and cause stroke or heart attack. I/M eventually agreed to take medication for BP control. Orders: Atenolol 25 mg daily; Chronic Care Clinic – Cardiac – Initial.
- **05/15/2009:** Chronic Care Clinic – Cardiac: HTN, Dyslipidemia. BP 126/84. Assessment: HTN fairly controlled; hyperlipidemia – refused meds.
- **06/16/2009:** Progress Note MD: BP 139/91; HR 61; Resp 16. Meds: Atenolol. IM states noticed that the HR decreased dramatically after meds, but no significant BP effect. Would like to put him on routine weekly BP checks and f/u to discuss medication. Plan: BP checks, f/u 6 weeks.
- **06/22/2009:** BP check: 144/80

# EXHIBIT 3

To: Honorable Charles Pyle, Magistrate Judge
U.S. District Court of Arizona

From: Maureen Cotterman

My reason for writing this letter and for my presence and Howard's adult son Greg's presence in the courtroom before you for the Release Hearing is to remove any doubt about our unwavering support for my husband, and Greg's father. Furthermore, I accept full responsibility and commitment to ensure to the Court that Howard will comply with all conditions and requirements imposed on him when he is released.

Howard and I have been separated now for two years during this extraordinarily lengthy legal process. During this period we have remained in regular contact through letters and phone calls. My plan is to rent an apartment in the Tucson area and to be with my husband for the duration of the appeal process. I also intend to see that Howard receives proper medical attention for the serious health conditions as noted by Mr. Donau in his Motion for Reconsideration of Conditions of Release. In addition, I intend to see that Howard receives proper dental care. At CCA, there is no dental care. All they do is pull teeth. Howard is nearly 69 years old and in poor health.

Howard and I have been together for twenty years and through the 1991 case referred to by the Government in its "Response to First Motion for Reconsideration of Conditions for Release". I am appalled by the erroneous and egregious misstatements made by the Government concerning that 1991 case.

Howard is not a danger to the community. His appearance in Court can be assured. I am personally committed to that. I respectfully request that the Court grant Howard's release under my supervision and with conditions deemed appropriate at this time.

Sincerely,

Maureen Cotterman

Exhibit 3

# EXHIBIT 4

JUNE 19, 1992                                                    3

1        ON THE OTHER HAND, MENTAL HEALTH PROFESSIONALS SAY
2   YOU ARE NOT A PEDOPHILE, AND THAT YOU ARE NOT MOTIVATED BY
3   PERVERSITY WHEN YOU PLANNED AND EXECUTED THIS SOPHISTICATED
4   SCHEME. THEY REFER TO YOU AS HAVING A PERVASIVE PATTERN OF
5   GRANDIOSITY, HYPERSENSITIVITY TO THE EVALUATION OF OTHERS,
6   AND LACK OF EMPATHY. THEY SAY YOU SUFFER FROM CONFUSED
7   THINKING. MOREOVER, MANY PEOPLE, FAMILY FRIENDS,
8   COLLEAGUES, HAVE COME FORWARD TO SPEAK ON YOUR BEHALF. YOU
9   ARE A PERSON WHO HAS NEVER HAD CONTACT WITH THE CRIMINAL
10  JUSTICE SYSTEM BEFORE. YOU ARE A GOOD WORKER, A CREDIT TO
11  THE COMMUNITY, ARE ADMIRED BY MANY.
12       THE REMARKABLE CONTRAST BETWEEN THE PERCEPTIONS OF
13  YOU AND YOUR BEHAVIOR HAVE LED TO ARGUMENTS FOR MAXIMUM
14  PUNISHMENT AND FOR MINIMUM PUNISHMENT. I WANT TO EXPLAIN TO
15  YOU SOME OF THE REASONS WHY, SOME OF THE FACTORS THAT I HAVE
16  CONSIDERED, IN REACHING THE CONCLUSION THAT I HAVE.
17       I AM NOT PERSUADED THAT YOU ARE A PEDOPHILE.
18  THERE IS INSUFFICIENT EVIDENCE TO SUPPORT THAT CONCLUSION,
19  EVEN THOUGH YOU ENGAGED IN THE CONDUCT THAT YOU DID. THE
20  MENTAL HEALTH PROFESSIONAL THAT I APPOINTED IS SOMEONE ON
21  WHOSE JUDGMENT I RELY SOMEWHAT WHEN I REACH THAT CONCLUSION,
22  BUT I ALSO REFER TO THE MOUNTAIN OF MATERIALS THAT I HAVE
23  REVIEWED IN REACHING THIS POINT IN THIS PROSECUTION AND IN
24  THIS CASE. NEVERTHELESS, YOU ENGAGED IN DANGEROUS BEHAVIOR
25  OVER A SUBSTANTIAL PERIOD OF TIME. IT WAS DANGEROUS BECAUSE
26  YOU INVADED ONE OF OUR COMMUNITIES MOST FRAGILE AND
27  PROTECTED ENVIRONMENTS, THE DAYCARE CENTERS. NOWHERE ARE
28  OUR CHILDREN MORE VULNERABLE THAN IN THESE CENTERS. OFTEN

Exhibit 4