UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 07-01207-TUC-RCC [CRP] |
| ) | |
| v. ) | |
| ) | |
| HOWARD WESLEY COTTERMAN, ) | O R D E R |
| ) | |
| Defendant. ) | |

The Court has received an additional update on Defendant's health from the U.S. Marshals Service and CCA. This update will be forwarded to Defense counsel.

The two health updates have been unremarkable. No further updates are required by the Court.

The previous order requiring health updates from CCA and USMS is VACATED.

DATED this 1st day of August, 2009.

CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE