**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 09-10139 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 4:07-cr-01207-RCC-CRP-1 |
| v. | District of Arizona, Tucson |
| HOWARD WESLEY COTTERMAN, | |
| Defendant - Appellee. | ORDER |

Before: TALLMAN, Circuit Judge.

Appellee's third procedural motion for an extension of time to September 12, 2011, to file a petition for panel rehearing and/or rehearing en banc is GRANTED.