UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. HOWARD WESLEY COTTERMAN, Defendant - Appellant. | No. 20-10371 D.C. No. 4:07-cr-01207-RCC-CRP-1 U.S. District Court for Arizona, Tucson **MANDATE** |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. HOWARD WESLEY COTTERMAN, Defendant - Appellant. | No. 21-10040 D.C. No. 4:07-cr-01207-RCC-CRP-1 U.S. District Court for Arizona, Tucson |

The judgment of this Court, entered September 17, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7